RECEIVED
NOV 2 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12/18/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **HAROLD BREAUX, SR.** | **CIVIL ACTION 04-08** |
| **VS.** | **JUDGE DOHERTY** |
| **MICHAEL BROWN, ET AL.** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that all remaining federal claims asserted against Officer Michael Brown and the Lafayette City-Parish Government be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this court hereby declines to exercise supplemental jurisdiction over plaintiff's state law claims and accordingly, those claims are therefore **REMANDED** to state court.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 18 day of December, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE